# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
ARKADY STARIKOVSKY,

                Plaintiff,                22 **CIVIL** 5965 (VB)

    -against-                         **JUDGMENT**

STATE FARM FIRE AND CASUALTY COMPANY,

                Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 11, 2024, the motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      June 12, 2024

                                                    **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                            **BY:**

                                                        **Deputy Clerk**